FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MULLEN INDUSTRIES LLC, *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC., *Defendants.* | Case No. 2:24-cv-00049-JRG **JURY TRIAL DEMANDED** **Filed Under Seal** |

## DECLARATION OF PETER F. SNELL IN SUPPORT OF PLAINTIFF MULLEN INDUSTRIES LLC'S RENEWED MOTION FOR SANCTIONS

I, Peter F. Snell, having personal knowledge of the facts stated herein, do state as follows:

1. I am a Member at Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C., counsel for Plaintiff Mullen Industries LLC in this matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Google-Samsung RSA produced by Samsung on November 19, 2025 at SAMS384-0430107 - SAMS384-0430145 in response to the Court's Order (Dkt. 229). Plaintiff has highlighted portions of this exhibit to direct the Court's attention to relevant information.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from ▮▮▮▮ ▮▮▮▮▮▮▮ produced by Samsung on November 19, 2025 at SAMS384-0430146 - SAMS384-0430175 in response to the Court's Order (Dkt. 229). Plaintiff has highlighted portions of this exhibit to direct the Court's attention to relevant information.

I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: November 25, 2025

                                                         */s/ Peter F. Snell*