# EXHIBIT 1

Google Confidential

Service.

9.4 ████████████████████████████████████████████████████

10. COMPANY AND GOOGLE OBLIGATIONS

10.1 MADA, EMADA and TMADA. During the Term, Company must have an effective MADA, EMADA and TMADA and be a licensee in good standing under the MADA, EMADA and TMADA; provided, however, that any termination of this Agreement for the reason of non-compliance with the foregoing shall made pursuant to Section 14.2 or Section 14.3, and further, that in case of any non-compliance with respect to TMADA, such termination shall be effectuated for devices distributed in Turkey only.



15

Google Mobile Revenue Share Agreement

Google Confidential



17

Google Mobile Revenue Share Agreement

RESTRICTED – ATTORNEYS' EYES ONLY

SAMS384-0430123