**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MULLEN INDUSTRIES LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:24-cv-00049-JRG-RSP |

**MULLEN INDUSTRIES LLC'S NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1295(a), Federal Rules of Appellate Procedure 3(a) and 4(a), and Federal Circuit Rule 3, Mullen Industries LLC ("Mullen") hereby gives notice that Mullen appeals to the United States Court of Appeals for the Federal Circuit from (i) the Order and Judgment entered in this action on August 28, 2026 granting Defendants' Motion for Summary Judgment of Subject Matter Ineligibility of Asserted Patents Under 35 U.S.C. § 101 (Dkt. 300) ("Final Judgment"), (ii) the Report & Recommendation filed June 22, 2026 and adopted by the District Court on August 28, 2026 (Dkt. 292), and (iii) all underlying or related decisions, findings, orders, rulings, and/or conclusions decided adversely to Mullen.

This notice is timely filed within 30 days of the Final Judgment pursuant to 28 U.S.C. § 2107 and Federal Rule of Appellate Procedure 4(a)(1).

The appropriate fees for this Notice of Appeal are paid concurrently with this Notice.

Dated: September 25, 2026

Respectfully submitted,

*/s/ Peter F. Snell*

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
State Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
Tel: 903-593-7000
Fax: 903-705-7369

Andrea Leigh Fair
Garrett C. Parish
State Bar No. 24078488
andrea@millerfairhenry.com
garret@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Ownes Parkway
Longview, Texas 75604
Tel: (903) 757-6400
Fax: (903) 757-2323

Peter F. Snell
pfsnell@mintz.com
Brad M. Scheller (*pro hac vice*)
bmscheller@mintz.com
Hannah M. Edge (*pro hac vice*)
hmedge@mintz.com
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
(212) 935-3000

Matthew S. Galica (*pro hac vice*)
msgalica@mintz.com
Joseph Rutkowski (*pro hac vice*)
jdrutkowski@mintz.com
Robert C. Sweeney (*pro hac vice*)
rcsweeney@mintz.com
Amy K. LoBue (*pro hac vice*)
alobue@mintz.com

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

*Attorneys for Plaintiff*
*Mullen Industries LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 25, 2026, a copy of the foregoing was served electronically through the U.S. District Court, Eastern District of Texas ECF system to all counsel of record whom are Filing Users of the Court's Electronic Filing System.

*/s/ Peter F. Snell*
Peter F. Snell